# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2512

_____

| | | |
|---|---|---|
| David M. Pelton, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Kansas City Board of Police | * | |
| Commissioners, | * | |
| | * | |
| Appellee, | * Appeal from the United States |
| | * District Court for the |
| Mark Colley, Kansas City Police | * Western District of Missouri. |
| Officer; James F. Ralls, Jr., | * |
| Commissioner; Jack W. R. Headley, | * [UNPUBLISHED] |
| Commissioner; Dona Boley, | * |
| Commissioner; Dr. Stacey Daniels, | * |
| Commissioner; Mayor Emanuel | * |
| Cleaver, Commissioner, | * |
| | * |
| Defendants. | * |

_____

Submitted: February 5, 1999
Filed: April 5, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

David M. Pelton appeals from the district court's[1] adverse grant of summary judgment in favor of the Kansas City Board of Police Commissioners in his 42 U.S.C. § 1983 suit, as well as the court's denial of his several motions regarding discovery, supplementing his response to the Board's summary judgment motion, and seeking relief from judgment. Having carefully reviewed the record and the parties' briefs, we conclude that the district court's judgment was correct, that the court did not abuse its discretion in denying Pelton's motions, and that an extended discussion is not warranted. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.